SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No.**2:10-cv-01495-MCE-EFB** |
| Plaintiff, | ) **ORDER RE: STIPULATED DISMISSAL** |
| vs. | ) |
| The Lau Family Partners, | ) |
| Defendant | ) |

    IT IS HEREBY ORDERED THAT this action be and is hereby
dismissed With Prejudice pursuant to FRCP 41 (a)(2).  The
Clerk of Court is directed to close this case.


Dated:  January 6, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE